IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DAWSON ,

Defendant.                                                      No. 13-30104-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Stephen C. Williams for the specific purpose of conducting a change of plea for defendant pursuant to 28 U.S.C. § 636 and LOCAL RULE 72.1(b)(2) (Doc. 24). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on October 25, 2013 (Doc. 21). During the change of plea, defendant pled guilty to the sole count of the indictment, bank robbery, following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 26).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the

magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Dawson*, that defendant was fully competent and capable of entering an informed plea, that defendant was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Dawson **GUILTY** on the sole count of the indictment.  The Court **REMINDS** the parties that this matter for sentencing on March 7, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2013.

David R. Herndon
2013.11.17
07:51:44 -06'00'

**Chief Judge**
**United States District Court**